Mary E. Stockman, Esq.
30 Turner St., #407
Clearwater, Florida 33756
Telephone: 727-249-8001
e-mail: mstockman1@yahoo.com
Bar # 019603

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Case No. 2:08-bk-08011-RTBP |
| WILLIAM LOUIS LEHMAN and NANCY MARGRET LEHMAN, | Chapter 13 |
| Debtor(s). | Corrected Motion to Withdraw as Counsel |

Counsel for Debtor, Mary Stockman, hereby files this motion to withdraw from all proceedings in the above captioned case with permission of the Debtor(s). William Louis Lehman and Nancy Margret Lehman are currently represented by Don Lawrence in the above captioned proceeding, and the legal services of Ms. Stockman are no longer required.

RESPECTFULLY SUBMITTED this 5th day of December, 2008.

By: /s/ MS #019603
Mary Stockman
Attorney for Debtor

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.
This page will not be added after purchasing Win2PDF.