Don J. Lawrence, Esq.
LAWRENCE LAW OFFICES, PLLC
8110 East Cactus Road, Ste. 105
Scottsdale, AZ 85260-5210
(480) 443-5626
Fax: (480) 443-4554
Teamlaw_don@cox.net
State Bar No. 018458

Attorney for William and Nancy Lehman
Debtors

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | **Case No. 2:08-bk-08011-RTBP** |
| | **Chapter 13** |
| **WILLIAM LOUIS LEHMAN and NANCY MARGRET LEHMAN** | **OBJECTION TO MOVANT'S MOTION FOR RELEIF OF THE AUTOMATIC STAY** |
| **Debtors.** | |

Debtors, WILLIAM LOUIS LEHMAN and NANCY MARGRET LEHMAN, by and through counsel undersigned and hereby responds to the Motion for Relief from the Automatic Stay ("Motion") filed by WELLS FARGO BANK, N.A., and in opposition to same would respectfully show the Court the following:

1. Debtors have been and remain current on their mortgage with Petitioners, post-petition.
2. Debtors, through undersigned counsel and directly themselves, communicated this fact to Petitioners and their attorneys in December and January and asked them to withdraw their motion as it was unfounded.
3. Petitioners ignored the fact that Debtors were and are current on their mortgage and did not withdraw their motion thus causing Debtors to file this Objection and incur additional legal fees.
4. Debtor will show that the following relief is appropriate:

The automatic stay remain in force and effect regarding the indebtedness at issue and the subject real property and pray that the Court award Debtors the legal fees required to Object to this unfounded Motion.

WHEREFORE Respondent/Debtor prays that the Court deny the Movant's Motion and that the Court order that the automatic stay remain in effect and that such stay be conditioned as indicated above.

RESPECTFULLY submitted this 20th day of January, 2010.

LAWRENCE LAW OFFICES, PLLC


By /s/ Don J. Lawrence, Jr.
Don J. Lawrence, Jr.
8110 E. Cactus Road, Ste. 105
Scottsdale, AZ 85260
(480) 443-5626

Attorney for Debtors

ORIGINAL filed and COPY E-mailed sent this 20th day of January, 2010 to:

**MARK 1 BOSCO**
WELLS FARGO BANK, N.A.
TIFFANY & BOSCO, P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, AZ 85016

**EDWARD J. MANEY**
P.O. BOX 10434
PHOENIX, AZ 85064-0434

**U.S. TRUSTEE**
OFFICE OF THE U.S. TRUSTEE
230 N. 1st Avenue
Suite 204
Phoenix, AZ 85003


By /s/ Don J. Lawrence, Jr.