SO ORDERED.

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Dated: February 09, 2010



_____
**REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-14962/0056900269

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:08-bk-08011-RTBP |
| William Louis Lehman and Nancy Margret Lehman<br>Debtors. | Chapter 13 |
| Wells Fargo Bank, N.A. | O R D E R |
| Movant,<br>vs. | (Relating to docket #33) |
| William Louis Lehman and Nancy Margret Lehman, Debtors; Edward J. Maney, Trustee.<br>Respondents. | |

IT IS HEREBY ORDERED that Movant's Motion for Relief from the Automatic Stay is hereby withdrawn without prejudice and that any hearings scheduled in the matter are vacated.