**SO ORDERED.**



**Dated: April 07, 2010**

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**
_____

| | |
|---|---|
| 1 | Don J. Lawrence, Esq. |
| | LAWRENCE LAW OFFICES, P.L.L.C. |
| 2 | 8110 East Cactus Road, Ste. 105 |
| | Scottsdale, AZ 85260-5210 |
| 3 | Teamlaw_don@cox.net |
| 4 | (480) 443-5626 |
| | State Bar No. 018458 |
| 5 | |
| 6 | Attorney for Debtor |

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In Re: ) Case No. 2:08-bk-08011-RTBP
)
**WILLIAM LOUIS LEHMAN** ) Chapter 13
**NANCY MARGRET LEHMAN** )
) **CONDITIONAL STIPULATED ORDER**
) **FOR REINSTATEMENT OF CHAPTER**
) **13 CASE**
Debtors. )

On March 24, 2010, this matter was dismissed for failure to fully comply with the Trustee's Recommendations and due to plan payment arrears. On April 5, 2010, the Debtors made another payment and have made arrangements to come current with their Plan payments. Additionally, the Debtors have been working on a loan modification with their mortgage company and that is the reason why they have not moved to confirm the Plan. They agree, however, to complete the requirements of the Trustee's Recommendation and agree to file a Stipulated Order of Confirmation within 30 days following the reinstatement of their bankruptcy, regardless of the disposition of their loan modification.

The Trustee stipulates to the reinstatement based upon the representations made by Debtors above. By agreeing to the reinstatement, the Trustee does not waive any right to objection to Confirmation of Debtor's plan and the Trustee does not waive any right particularly to object on the basis of feasibility.

IT IS HEREBY ORDERED reinstating this Chapter 13 Case.

DONE IN OPEN COURT this ____ day of _____, 2010.

| | |
|---|---|
| 1 | _____<br>Honorable Redfield T. Baum, Sr. |

Approved as to form and content:

Dated: _____

| | |
|---|---|
| /s/ Don J. Lawrence, Jr. SBA #018458<br>Don J. Lawrence, Jr.<br>Attorney for Debtor | _____<br>Edward Maney<br>PO Box 10434<br>Phoenix, AZ 85064<br>Chapter 13 Trustee |